**Order entered November 29, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-00810-CR

**DANIEL ORTEGA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-82017-2016**

## ORDER

Before the Court is appellant's November 28, 2017 second motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief filed on or before December 29, 2017. If appellant's brief is not filed by December 29, 2017, this appeal may be abated for the trial court to make findings in accordance with rule of appellate procedure 38.8. *See* TEX. R. APP. P. 38.8(b)(2).

.

/s/      LANA MYERS
         JUSTICE